UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-250-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DEONTRE CALDWELL | MAGISTRATE JUDGE HORNSBY |

### ORDER

Deontre Caldwell, formerly an inmate at FCI Yazoo City Medium, filed a motion for compassionate release seeking a reduction of his sentence to time-served based on the Covid-19 pandemic. Record Document 30. The Government opposed the motion. After the motion was briefed by the parties and while it was pending before the Court, Caldwell was released from prison. Thus, Caldwell is no longer serving his prison sentence.

The case or controversy requirement of Article III of the Constitution deprives the Court of jurisdiction to hear moot cases. See Already, LLC v. Nike, Inc., 568 U.S. 85, 91 (2013). The controversy must "exist not only at the time the complaint is filed, but through all stages of the litigation." Id. (internal marks omitted). Here, Caldwell has been released from the Bureau of Prisons ("BOP") custody, presumably onto supervised release. Thus, the Court cannot order the BOP to release Caldwell from prison, as he has satisfied that component of his sentence and is no longer in BOP custody. Based on Caldwell's release from prison, there is no longer a live case or

controversy before the Court. As such, the motion for compassionate release [Record Document 30] is **DENIED AS MOOT**.

    **THUS DONE AND SIGNED** this 31st day of January, 2023.

```
_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE
```